# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2021

## NO. 03-20-00426-CV

**Miguel Solla-Llorens, Appellant**

**v.**

**Adriana Solla, Appellee**

**APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
REVERSED AND RENDERED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order granting appellee's petition for bill of review and decree of divorce signed by the trial court on May 21, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order granting the petition for bill of review and in the divorce decree. Therefore, the Court reverses the trial court's order granting appellee's petition for bill of review, vacates the decree of divorce, and renders judgment reinstating the May 2015 divorce decree. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.